City of Chicago, Appellee, v. Margaret Nesbitt, et al., Appellants.

Gen. No. 47,380. 

First District, First Division.
September 29, 1958.
Rehearing denied October 17, 1958.
Released for publication October 23, 1958.

R. Eugene
Pincham and Charles B. Evins, for defendant-appellants; John
C. Melaniphy (Sydney R. Drebin, Rita Ivy Epstein, of counsel)
for plaintiff-appellee. Opinion by JUSTICE ROBSON. Not to
be published in full.